IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Marsh, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 224 |
| | ) | |
| National Financial Systems, Inc., | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

**Motion to Reschedule Initial Status Hearing**

Plaintiff, David Marsh, requests this Court reschedule the initial status hearing and deadlines for filing the parties' joint written Initial Status Report and Joint Jurisdictional Status Report, and support of this request states:

1.  Plaintiff filed this case on January 10, 2008. The two-count complaint alleges various violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, et seq. On January 11, 2008, Plaintiff's counsel sent a Notice of Lawsuit and Request for Waiver of Service of Summons, and Defendant's executed waiver was due thirty days later, on February 11, 2008.

2.  Four days after the case was filed, on January 15, 2008, the Court issued a minute order setting an initial status hearing for February 21, 2008 at 9:30 a.m. The Court directed the parties to conduct a F.R.C.P. 26(f) conference and file a joint written Initial Status Report and a Joint Jurisdictional Report by no later than four working days prior to the initial status hearing – which would be February 14, 2008.

3.  Plaintiff received Defendant's executed Waiver of Service on February 14, 2008 (the Waiver of Service is dated February 8, 2008).

4.  Because of the close proximity between the Waiver of Service deadline and the

deadline for conducting the F.R.C.P. 26(f) conference and filing the joint reports, the parties have not been able to confer or prepare the reports as directed.

5.      Plaintiff requests the Court reschedule the initial status hearing and due dates for the joint written Initial Status Report and Joint Jurisdictional Report to allow the parties to conduct a Rule 26(f) conference and prepare the joint written reports required by the Court.

WHEREFORE, Plaintiff requests the Court reschedule the initial status hearing and deadlines for filing the parties' joint written Initial Status Report and Joint Jurisdictional Report.

Respectfully submitted,

   s/ Katherine A. Hathaway   
One of Plaintiff's Attorneys

Dated: February 14, 2008

James Shedden
Tony Kim
Katherine A. Hathaway (khathaway@lawsds.com; ARDC# 6283052)
Schad, Diamond & Shedden, PC
332 S. Michigan Ave., Suite 1000
Chicago, Illinois 60604
(312) 939-6280

**CERTIFICATE OF SERVICE**

  I, Katherine A. Hathaway, an attorney, certify that on February 14, 2008, I electronically filed via CM/ECF the preceding **Motion to Reschedule Initial Status Conference** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and that service upon the defendant was obtained by placing a copy in the United States mail located at 332 S. Michigan Avenue, Chicago, Illinois, before 5:00 p.m., in an envelope with first-class postage pre-paid and properly addressed to:

Jenesta Marlin
Director of Planning & Compliance
National Financial Systems, Inc.
1400 Northpoint Parkway, Suite 20
West Palm Beach, FL  33407

                s/ Katherine A. Hathaway