**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| David Marsh, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 224 |
| | ) | |
| National Financial Systems, Inc., | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

**Notice of Motion**

PLEASE TAKE NOTICE that on the 21st day of February, 2008, at 9:00 a.m., we shall appear before the Honorable Judge Samuel Der-Yeghiayan in Courtroom 1903 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then present **Motion to Reschedule Initial Status Hearing**, a copy of which is being contemporaneously served upon you.

                                                              s/ Katherine A. Hathaway
                                                              One of Plaintiff's Attorneys

Dated: February 14, 2008

James Shedden
Tony Kim
Katherine A. Hathaway (khathaway@lawsds.com; ARDC# 6283052)
Schad, Diamond & Shedden, PC
332 S. Michigan Ave., Suite 1000
Chicago, Illinois 60604
(312) 939-6280

## **CERTIFICATE OF SERVICE**

      I, Katherine A. Hathaway, an attorney, certify that on February 14, 2008, I electronically filed via CM/ECF the preceding **Notice of Motion** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and that service upon the defendant was obtained by placing a copy in the United States mail located at 332 S. Michigan Avenue, Chicago, Illinois, before 5:00 p.m., in an envelope with first-class postage pre-paid and properly addressed to:

Jenesta Marlin
Director of Planning & Compliance
National Financial Systems, Inc.
1400 Northpoint Parkway, Suite 20
West Palm Beach, FL  33407

                                                                                     s/ Katherine A. Hathaway