# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Marsh

               Plaintiff,

v.

                                  Case No.: 1:08–cv–00224

                                  Honorable Samuel Der–Yeghiayan

National Financial Systems, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

       MINUTE entry before Judge Samuel Der–Yeghiayan : Plaintiff's motion reschedule initial status hearing & deadlines for filing of joint reports [9] is granted as follows: Initial status hearing reset to 03/18/08 at 9:00 a.m. Status hearing set for 02/21/08 is stricken. Joint reports shall be filed by 03/13/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.