IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Marsh, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>National Financial Systems, Inc., )<br>)<br>    Defendant. ) | Case No. 08 C 224<br><br>Judge Der-Yeghiayan |

**Notice of Dismissal**

Plaintiff, David Marsh, files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and in support of this Notice states as follows:

1.　Plaintiff filed this case on January 10, 2008 against the defendant, National Financial Systems, Inc., alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

2.　Defendant waived service, but has not filed an appearance, answer or other pleading.

3.　Plaintiff and Defendant have entered into a settlement agreement that resolves Plaintiff's claims. Both parties have executed a Settlement Agreement and Release. Pursuant to the Settlement Agreement and Release, Plaintiff agreed to voluntarily dismiss this action with prejudice.

4.　There is a status hearing scheduled for March 18, 2008. Because the parties have agreed to a settlement, and pursuant to the settlement Plaintiff is filing this Notice of Dismissal requesting dismissal with prejudice, this date can be stricken.

WHEREFORE, Plaintiff, David Marsh, requests that the Court dismiss this case with prejudice.

                                                      Respectfully submitted,

                                                      s/ Katherine A. Hathaway
                                                     One of Plaintiff's Attorneys

Dated: March 17, 2008

James Shedden
Tony Kim
Katherine A. Hathaway
Schad, Diamond & Shedden, P.C.
332 South Michigan Avenue, Suite 1000
Chicago, Illinois 60604-4398
(312) 939-6280

## **CERTIFICATE OF SERVICE**

  I, Katherine A. Hathaway, an attorney, certify that on March 17, 2008, I electronically filed via CM/ECF the preceding **Notice of Motion** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and that service upon the defendant was obtained by placing a copy in the United States mail located at 332 S. Michigan Avenue, Chicago, Illinois, before 5:00 p.m., in an envelope with first-class postage pre-paid and properly addressed to:

  Jenesta Marlin
  Director of Planning & Compliance
  National Financial Systems, Inc.
  1400 Northpoint Parkway, Suite 20
  West Palm Beach, FL  33407

                 　s/ Katherine A. Hathaway