## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 224 | **DATE** | 3/18/2008 |
| **CASE TITLE** | David Marsh vs. National Financial | | |

**DOCKET ENTRY TEXT**

This action is hereby dismissed with prejudice pursuant to Plaintiff's notice of voluntary dismissal pursuant to FRCP 41(a)(1)(I). All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|